IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEREK WILLIAMS,

    Plaintiff,

v.

RICK RAEMISCH, WELCOME ROSE,
WILLIAM POLLARD and
LT. THOMAS CAMPBELL,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-485-wmc

    This action came for consideration before the court with DISTRICT JUDGE WILLIAM M. CONLEY presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____    10/8/2010
Peter Oppeneer, Clerk of Court    Date

Case: 3:09-cv-00485-wmc   Document #: 51   Filed: 10/12/10   Page 2 of 2